Ben F. Pierce Gore (SBN 128515)
PRATT & ASSOCIATES
1901 S. Bascom Avenue, Suite 350
Campbell, CA  95008
Telephone:  (408) 429-6506
Fax:  (408) 369-0752
pgore@prattattorneys.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATALIA BRUTON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GERBER PRODUCTS COMPANY, NESTLÉ HOLDINGS, INC., and NESTLE U.S.A., INC.,<br><br>Defendants. | Case No. CV12-02412 HRL<br><br>NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT NESTLE HOLDINGS, INC. |

NOTICE IS HEREBY GIVEN THAT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a), plaintiff voluntarily dismisses the defendant Nestle Holdings, Inc. only without prejudice.

Dated:  June 29, 2012                Respectfully submitted,


By:       /s/ Ben F. Pierce Gore
Ben F. Pierce Gore (SBN 128515)
PRATT & ASSOCIATES
1901 S. Bascom Avenue, Suite 350
Campbell, CA  95008
Telephone:  (408) 429-6506
Fax:  (408) 369-0752
pgore@prattattorneys.com