UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATALIA BRUTON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GERBER PRODUCTS COMPANY, NESTLE HOLDINGS, INC., and NESTLE U.S.A, INC.,<br><br>Defendants. | Case No.: 12-CV-02412-LHK<br><br>ORDER CONTINUING HEARING ON MOTION TO DISMISS |

The case management conference and hearing on Defendants' Motion to Dismiss, which were scheduled for March 7, 2013, are hereby CONTINUED to March 21, 2013, at 1:30pm.

**IT IS SO ORDERED.**

Dated: February 22, 2013

_____
LUCY H. KOH
United States District Judge

Case No.: 12-CV-02412-LHK
ORDER CONTINUING HEARING ON MOTION TO DISMISS