United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATALIA BRUTON, individually and on behalf of all others similarly situated, ) ) ) Plaintiff, ) ) v. ) ) GERBER PRODUCTS COMPANY, NESTLE ) HOLDINGS, INC., and NESTLE U.S.A, INC., ) ) Defendants. ) ) ) | Case No.: 12-CV-02412-LHK<br><br>ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

The case management conference, which was scheduled for August 14, 2013, is hereby CONTINUED to September 4, 2013, at 2:00pm.

**IT IS SO ORDERED.**

Dated:  August 12, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Case No.: 12-CV-02412-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE