UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATALIA BRUTON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GERBER PRODUCTS COMPANY, NESTLE HOLDINGS, INC., and NESTLE U.S.A, INC.,<br><br>Defendants. | Case No.: 12-CV-02412-LHK<br><br>ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND VACATING CASE SCHEDULING ORDER |

The case management conference scheduled for September 4, 2013, is hereby CONTINUED to September 26, 2013, at 1:30pm. The April 22, 2013 case scheduling order (ECF No. 46) is hereby VACATED. No later than September 19, 2013, the parties shall file an updated joint case management statement with a proposed schedule.

**IT IS SO ORDERED.**

Dated: August 30, 2013

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

Case No.: 12-CV-02412-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND VACATING CASE SCHEDULING ORDER