BRYAN A. MERRYMAN (SBN 134357)
bmerryman@whitecase.com
RACHEL J. FELDMAN (SBN 246394)
rfeldman@whitecase.com
WHITE & CASE LLP
633 W. Fifth Street, Suite 1900
Los Angeles, CA 90071-2007
Telephone: (213) 620-7700
Facsimile: (213) 452-2329

Attorneys for Defendants
GERBER PRODUCTS COMPANY
and NESTLÉ USA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATALIA BRUTON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GERBER PRODUCTS COMPANY,<br><br>Defendants. | No. 5:12-CV-02412 LHK<br><br>**STIPULATION REGARDING DISMISSAL WITH PREJUDICE OF NESTLÉ USA, INC.; AND [PROPOSED] ORDER** |

## **STIPULATION**

Plaintiff Natalia Bruton ("Plaintiff"), defendant Gerber Products Company ("Gerber"), and defendant Nestlé USA, Inc. ("NUSA"), by and through their attorneys of record, hereby enter into the following stipulation:

WHEREAS, Plaintiff, on September 21, 2012, filed its Amended Class Action and Representative Action Complaint for Damages, Equitable and Injunctive Relief ("First Amended Complaint"), naming NUSA as a defendant. (Dkt. No. 26.)

WHEREAS, Gerber and NUSA, on October 5, 2012, moved to dismiss the First Amended Complaint, including all of Plaintiff's claims against NUSA. (Dkt. No. 28.)

WHEREAS, on September 6, 2013, this Court granted the motion to dismiss Plaintiff's

-1-

claims against NUSA, with leave to amend.  (Dkt. No. 57.)  The Court's Order provided that "Should Bruton elect to file a Second Amended Complaint curing the deficiencies discussed herein, she shall do so within thirty (30) days of the date of this Order.  Failure to meet the thirty-day deadline will result in dismissal with prejudice."  (Dkt. No. 57 at 42.)

WHEREAS, on October 7, 2013, Plaintiff timely filed her Second Amended Class Action and Representative Action Complaint for Damages, Equitable and Injunctive Relief ("Second Amended Complaint"), which did not name NUSA as a defendant or seek any relief against it.  (Dkt. No. 62.)

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE:

(1) All claims alleged against NUSA in the First Amended Complaint are dismissed with prejudice;

(2) NUSA is dismissed from this action with prejudice; and

(3) Nothing in this Stipulation affects Plaintiff's claims against Gerber.

Dated:  November 8, 2013   PRATT & ASSOCIATES

By:   */s/ Ben F. Pierce Gore*
       Ben F. Pierce Gore
    Attorneys for Plaintiff
    NATALIA BRUTON

Dated:  November 8, 2013   WHITE & CASE LLP

By:   */s/ Bryan A. Merryman*
       Bryan A. Merryman
    Attorneys for Defendants
    GERBER PRODUCTS COMPANY
    and NESTLÉ USA, INC.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  November 11, 2013   _____
                            HON. LUCY H. KOH
                            United States District Judge

-2-