UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATALIA BRUTON, individually and on behalf of all others similarly situated,<br><br>                   Plaintiff,<br>    v.<br><br>GERBER PRODUCTS COMPANY,<br><br>                   Defendant. | Case No.: 12-CV-02412-LHK<br><br>ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT |

The parties have failed to file a Joint Case Management Statement 7 days in advance of the Case Management Conference set for January 9, 2014, at 1:30 p.m., as required by Civil Local Rule 16-10(d). The parties are hereby ORDERED to file one Joint Case Management Statement by Tuesday, January 7, 2014, at 12:00 p.m. The Statement must "report[] progress or changes since the last statement was filed and mak[e] proposals for the remainder of the case development process." Civ. L. R. 16-10(d).

**IT IS SO ORDERED.**

Dated: January 3, 2014

                                                    _____
                                                    LUCY H. KOH
                                                    United States District Judge