UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATALIA BRUTON, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br>　　v.<br>GERBER PRODUCTS CO.,<br>　　　　　　Defendant. | Case No.: 12-CV-02412-LHK<br><br>ORDER VACATING HEARING ON DEFENDANT'S MOTION TO DISMISS AND CONTINUING CASE MANAGEMENT CONFERENCE |

A hearing on Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint is scheduled for January 9, 2014, at 1:30 p.m. ECF No. 65. Pursuant to Civil Local Rule 7-1(b), the Court concludes that this matter is appropriate for determination without oral argument and accordingly VACATES the January 9, 2014 hearing. The Case Management Conference scheduled for January 9, 2014, at 1:30 p.m. is CONTINUED to April 24, 2014, at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: January 7, 2014

　　　　　　　　　　　　　　　　　　　　_Lucy H. Koh_
　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　United States District Judge

1

Case No.: 12-CV-02412-LHK
ORDER VACATING HEARING ON DEFENDANT'S MOTION TO DISMISS AND CONTINUING CASE MANAGEMENT CONFERENCE