UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATALIA BRUTON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GERBER PRODUCTS COMPANY,<br><br>Defendant. | Case No.: 12-CV-02412-LHK<br><br>ORDER CONTINUING CLASS CERTIFICATION HEARING AND CASE MANAGEMENT CONFERENCE |

The Court CONTINUES the hearings and Case Management Conference currently set for April 24, 2014 to June 26, 2014 at 1:30 p.m. The case schedule otherwise remains as set.

**IT IS SO ORDERED.**

Dated: April 16, 2014

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1
Case No.: 12-CV-02412-LHK
ORDER CONTINUING CLASS CERTIFICATION HEARING AND CASE MANAGEMENT CONFERENCE