UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATALIA BRUTON, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> GERBER PRODUCTS COMPANY, <br><br> Defendant. | Case No.: 12-CV-02412-LHK <br><br><br> CASE MANAGEMENT ORDER |

Plaintiff Attorney:  Ben Pierce Gore
Defendant Attorney:  Bryan Merryman

A case management conference was held on June 26, 2014, at 12:00 p.m. A further case management conference is set for July 23, 2014, at 2:00 p.m.

The Court set the following case schedule:

FACT DISCOVERY CUTOFF is August 21, 2014.

EXPERT DISCOVERY:
    Opening Reports:  August 28, 2014
    Rebuttal Reports:  September 11, 2014
    Cut-off:              September 25, 2014

DISPOSITIVE MOTIONS shall be filed by October 24, 2014. Oppositions are due by November 14, 2014, and Replies are due by November 26, 2014. Dispositive motions shall be set for hearing no later than December 11, 2014, at 1:30 p.m. Each side shall be limited to filing one motion for summary judgment or summary adjudication in the entire case.

**IT IS SO ORDERED.**

1

Case No.: 12-CV-02412-LHK
CASE MANAGEMENT ORDER

Dated: June 26, 2014

_____
LUCY H. KOH
United States District Judge