United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATALIA BRUTON,<br><br>    Plaintiff,<br><br> v.<br><br>GERBER PRODUCTS COMPANY,<br><br>    Defendant. | Case No.: 12-CV-02412-LHK<br><br><br>CASE MANAGEMENT ORDER |

Plaintiff Attorney:  Ben Pierce Gore
Defendant Attorney:  Bryan Merryman

  A case management conference was held on July 23, 2014, at 2:00 p.m. A further case management conference is set for August 27, 2014, at 2:00 p.m. The parties shall submit a joint case management by August 13, 2014, which shall include an update on the status of the parties' settlement discussions.

  The current case schedule remains in effect.

**IT IS SO ORDERED.**

Dated: July 23, 2014

        _Lucy H. Koh_____
        LUCY H. KOH
        United States District Judge