UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATALIA BRUTON, individually and on behalf of all others similarly situated,<br><br>           Plaintiff,<br><br>    v.<br><br>GERBER PRODUCTS COMPANY,<br><br>           Defendant. | Case No.: 12-CV-02412-LHK<br><br>JUDGMENT |

The Court has granted the Motion for Summary Judgment filed by Defendant Gerber Products Company ("Gerber"). *See* ECF No. 159. Accordingly, the Clerk of the Court shall enter judgment in favor of Gerber. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: January 6, 2015

_____
LUCY H. KOH
United States District Judge

1

Case No.: 12-CV-02412-LHK
JUDGMENT