UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHELLE GYORKE-TAKATRI AND KATIE SILVER,**<br><br>               Plaintiffs,<br><br>     v.<br><br>**NESTLE USA, INC. AND GERBER PRODUCTS COMPANY,**<br><br>               Defendants. | Case No. 15-cv-03702-YGR<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby **REFERRED**, to the Honorable Lucy H. Koh for consideration of whether the case is related to *Natalia Bruton v. Gerber Products Company, et al.*, Case No. 12-cv-2412 LHK.

**IT IS SO ORDERED.**

Dated: August 31, 2015

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE